IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UK JEONG | : | CIVIL ACTION |
| v. | : | |
| JUSTIN SEO, AHN SEO, ANTHONY PAEK, and YOUNG CHA CHONG | : | NO. 07-CV-03718-JF |

ORDER

AND NOW, this 3rd day of February 2010, upon consideration of plaintiff's motion for summary judgment, IT IS ORDERED:

That plaintiff's motion for summary judgment is DENIED, without prejudice to re-filing if appropriate.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.