IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UK JEONG                            :         CIVIL ACTION
                                    :
              v.                    :
                                    :
JUSTIN SEO, et al.                  :         NO. 07-cv-3718-JF

                              ORDER


        AND NOW, this 29th day of June 2010, IT IS ORDERED:

        That this action is DISMISSED WITH PREJUDICE for lack

of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk is directed to mark the case-file CLOSED.



                              BY THE COURT:



                              /s/ John P. Fullam
                              John P. Fullam, Sr. J.